CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 4 2011

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:05CR00019 |
| | ) | (CASE NO. 5:11CV80371) |
| | ) | |
| vs. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| MARK JAMES KONSAVICH, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is

**DISMISSED** as successive, and this action is stricken from the active docket of the court. Based

upon the court's finding that the defendant has not made the requisite showing of denial of a

substantial right, a certificate of appealability is **DENIED**.

ENTER: This __14th__ day of November, 2011.

_____
Chief United States District Judge